**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Benigno AYALA–JUAREZ, also known as Benigno Juarez–Ayalanull also known as Benigno Juarez Ayala, Defendant–Appellant.**

No. 11–41103
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 2, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff-Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant-Appellant.

Before BENAVIDES, STEWART, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Benigno Ayala–Juarez (Ayala) appeals the sentence he received after he pleaded guilty to possession of a firearm by a convicted felon and to possession of ammunition by a convicted felon. Each count charged a violation of 18 U.S.C. § 922(g)(1). Ayala argues that under *United States v. Berry,* 977 F.2d 915, 919–20 (5th Cir.1992), his conviction and sentence on one of his counts must be vacated because his two convictions and sentences are multiplicitous and violate the Double Jeopardy Clause. The government agrees and has filed an Unopposed Motion for Summary Remand in lieu of Filing Appellee's Brief.

The government's motion is GRANTED. Ayala's sentences are VACATED, and the case is REMANDED for dismissal of the multiplicitous count and for resentencing on the count selected by the government. *See Berry,* 977 F.2d at 919–20; *United States v. Osunegbu,* 822 F.2d 472, 481 (5th Cir.1987).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.